ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

>o<

| | |
|---|---|
| KATHY REGENT and ROBERT REGENT, JR., Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>ZIMMER, INC., a foreign corporation, ZIMMER US, INC., a foreign corporation, ZIMMER HOLDINGS, INC., a foreign corporation, and DOES I through 100, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00894-JCM-VCF |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

The defendants, Zimmer, Inc., Zimmer US, Inc., and Zimmer Holding, Inc., (together, "Zimmer"), respectfully move the Court for an extension of time to file their answer to the Complaint, up to and including June 10, 2015. In support of its Motion, Zimmer states as follows:

1. The plaintiffs, Kathy Regent and Robert Regent, Jr. ("Plaintiffs"), filed their Complaint on March 9, 2015, in the District Court of Clark County, Nevada. Plaintiffs allege

1

LS #22603

product liability claims related to an orthopedic medical device.

2. Plaintiffs served the Complaint and Summons on Zimmer on or about April 13, 2015.

3. Zimmer removed the case to this court on May 13, 2015.

4. Zimmer's current responsive pleading deadline is no earlier than May 20, 2015, which time has not expired.

5. Due to the extensive length of the Complaint, and the complexity of the allegations therein, Zimmer requires additional time to prepare its response to the Complaint.

6. Counsel for Zimmer has contacted Plaintiffs' counsel, and Plaintiffs do not oppose the requested enlargement.

7. Zimmer states that this Motion is not made for the purpose of undue delay, but rather in an effort to allow it time to fully respond to the Complaint.

WHEREFORE, Zimmer respectfully moves the Court for an enlargement of time, up to and including June 10, 2015, to answer or otherwise respond to the Complaint.

DATED this 19th day of May, 2015.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By_____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
*Attorneys for Defendants*

LS #22603

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the 20th day of May, 2015, I caused to be served via CM/ECF a true and correct copy of **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** on the following:

Peter C. Wetherall, Esq.
WETHERALL GROUP, LTD.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

_____
An Employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS

n:\leann.grp\cases\22603\pleadings\motion for extension of time to file answer.doc

ALVERSON, TAYLOR,
MORTENSEN & SANDERS
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

>o<

| | |
|---|---|
| KATHY REGENT and ROBERT REGENT, JR., Husband and Wife; | Case No.: 2:15-cv-00894-JCM-VCF |
| Plaintiffs, | |
| vs. | |
| ZIMMER, INC., a foreign corporation, ZIMMER US, INC., a foreign corporation, ZIMMER HOLDINGS, INC., a foreign corporation, and DOES I through 100, inclusive, | |
| Defendants. | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

The defendants, Zimmer, Inc., Zimmer US, Inc., and Zimmer Holding, Inc., (together, "Zimmer"), filed their Unopposed Motion For Extension Of Time To File Answer. The Court, having reviewed the Motion and being duly advised, now GRANTS the Motion.

///

///

1

LS #22603

IT IS SO ORDERED that Zimmer shall have up to, and including, June 10, 2015, to file their answer.

DATED this __21st__ day of __May__, 2015.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

Respectfully Submitted by:
ALVERSON, TAYLOR,
MORTENSEN & SANDERS

By_____
LEANN SANDERS, ESQ.
Nevada Bar No. 000390
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
*Attorneys for Defendants*

**COPIES TO:**

Peter C. Wetherall, Esq.
WETHERALL GROUP, LTD.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

LEANN SANDERS, ESQ.
Nevada Bar No. 000390
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702) 384-7000
*Attorneys for Defendants*

n:\leann.grp\cases\22603\pleadings\motion for extension of time to file answer-proposed order.doc

3

LS #22603